AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

**FILED**
DEC -7 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| ELIZABETH ALCOCER (02), | Case Number: 10CR1642-MMA |
| | Ezekiel E. Cortez |
| | Defendant's Attorney |

REGISTRATION NO. 57241051

☒ Modification of Restitution Order (18 U.S.C. § 3664)

THE DEFENDANT:
☒ pleaded guilty to count(s) ONE, TWO AND EIGHT OF THE INDICTMENT
☐ was found guilty on count(s) _____
   after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 371 | CONSPIRACY | 1 |
| 18 USC 1341 | MAIL FRAUD | 2 |
| 18 USC 1028A(a)(1) | AGGRAVATED IDENTITY THEFT | 8 |

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) Remaining Counts ____ is ☐ are ☒ dismissed on the motion of the United States.
☒ Assessment: $200.00 (CT:1 $100.00; CT: 2 $100.00)

☒ Fine waived     ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

OCTOBER 12, 2012
Date of Imposition of Sentence

HON. MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE

10CR1642-MMA

AO 245B (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: ELIZABETH ALCOCER (02),
CASE NUMBER: 10CR1642-MMA

Judgment — Page 2 of 8

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
COUNTS: 1,2 and 8 - TWELVE (12) MONTHS AND ONE (01) DAY TO RUN CONCURRENTLY.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☒ The court makes the following recommendations to the Bureau of Prisons:
COURT RECOMMENDS PLACEMENT IN THE WESTERN REGION.

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:
  ☒ at 12:00 NOON  ☐ a.m.  ☐ p.m.  on 1/2/2013 .
  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

10CR1642-MMA

AO 245D (Rev. 3/10) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

DEFENDANT: ELIZABETH ALCOCER (02),
CASE NUMBER: 10CR1642-MMA

Judgment—Page 3 of 8

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
COUNTS: 1,2 THREE (03) YEARS; COUNT: 8 ONE (01) YEAR TO RUN CONCURRENTLY FOR A TOTAL OF THREE (03) YEARS.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __4__ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backing Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

10CR1642-MMA

AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 4 — Special Conditions

DEFENDANT: ELIZABETH ALCOCER (02),
CASE NUMBER: 10CR1642-MMA

Judgment—Page 4 of 8

## SPECIAL CONDITIONS OF SUPERVISION

[X] Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

[ ] If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer with 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[ ] Not associate with undocumented aliens or alien smugglers.

[ ] Not reenter the United States illegally.

[X] Not enter or reside in the Republic of Mexico without written permission of the Court or probation officer.

[X] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[X] Pay restitution in accordance with the payment schedule established by the Court.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[X] Not engage in the employment or profession involving fiduciary responsibilities, solicitation of funds from investors or financial institutions, or the handling of credit cards, checks, or the identifying information of others.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[X] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[X] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within           days.

[ ] Complete        hours of community service in a program approved by the probation officer within

[ ] Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

[ ] Comply with the conditions of the Home Confinement Program for a period of            months and remain at your residence except for activities or employment as approved by the court or probation officer.

[ ] Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

10CR1642-MMA

AO 245S    Judgment in Criminal Case
           Sheet 5 — Criminal Monetary Penalties

DEFENDANT: ELIZABETH ALCOCER (02),                                     Judgment — Page  5  of  8
CASE NUMBER: 10CR1642-MMA

# RESTITUTION

The defendant shall pay restitution in the amount of ___$1,201,370.28___ unto the United States of America.

This sum shall be paid ___ immediately.
                       ___ as follows:

Pay restitution in the amount of $1,201,370.28 through the Clerk, U.S. District Court, See Attached Victims List.

The Court has determined that the defendant  does  have the ability to pay interest. It is ordered that:

___ The interest requirement is waived.

___ The interest is modified as follows:

10CR1642-MMA

| Last name | First name | Loss |
|---|---|---|
| Aceves-Carrillo | Miguel A | $600.00 |
| Aceves-Fernandez | Dr. Jose de Jesus | $17,500.00 |
| Almanzor-Ramirez | Ocsar | $6,000.00 |
| Amaral | Esteban | $3,000.00 |
| Arredondo and Maria Granados-Mireles | Alejandro | $14,640.00 |
| Avila-Canalez | Delmi | $5,335.00 |
| Avila-Juarez | Rogelio | $7,775.00 |
| Avila-Rubio | Carlos | $6,160.00 |
| Aviles-Peralta | Emilio | $9,360.00 |
| Ayala | Carlos | $14,000.00 |
| Barajas-Navarro | Elisa and Sandra | $13,393.00 |
| Barajas-Navarro and Roberto Ibarra | Maria de Jesus | $20,000.00 |
| Barajas-Navarro | Juana Erendira | $7,000.00 |
| Barba | Carlos | $7,000.00 |
| Becerra, and Norma Guerrero | Jose | $9,000.00 |
| Benavides-Valcarcel | Luis Andres | $9,150.00 |
| Benitez and Teresa Alejandres-Mendoza | Eduardo | $11,550.00 |
| Benitez | Carlos | $6,100.00 |
| Benitez | Jorge A | $9,200.00 |
| Berriel-Valerio | Janneth Patricia | $4,600.00 |
| Berriel-Valerio | Patricia | $5,760.00 |
| Bueno-Sanchez | Carlos | $4,000.00 |
| Calleja-Alderete | Eduardo | $3,300.00 |
| Camacho-Farias | Luis Fernando | $5,400.00 |
| Canedo-Gastelum | Hector | $9,350.00 |
| Casillas | German | $5,400.00 |
| Castillo-Arredondo | Hugo Alejandro | $4,575.00 |
| Cendejas | Irma Selma | $3,500.00 |
| Chavarria-Magallon | Donovan | $5,465.00 |
| Chavez | Juan | $6,000.00 |
| Chavira-Gonzalez | Omar | $4,000.00 |
| De La Torre-Oviedo | Manuel A. | $6,475.00 |
| Dominguez and Susana Ramirez-Arroyo | Enrique | $6,200.00 |
| Esquivel-Garcia and Maria del Carmen Santana-Gallegos | Marco Antonio | $20,500.00 |
| Estrada | Jose Luis | $10,350.00 |
| Galvan | Cesar | $7,500.00 |
| Garcia-Barocio | Patricia | $5,585.00 |
| Gomez de la Torre | Osvaldo Rafael | $3,105.00 |
| Gomez-Corona | Maria Mercedes | $4,755.00 |
| Gomez-Galicia | Sergio | $5,800.00 |
| Gomez-Galicia | Luis Arturo | $8,500.00 |
| Gonzalez | Manuel | $4,200.00 |
| Gonzalez-Sepulveda | Lilia | $4,730.00 |
| Guerrero | Adan | $9,750.00 |
| Guerrero | Ofelia | $8,375.00 |
| Guerrero | Marcelo | $9,750.00 |
| Guerrero and Micaela Graciano | Julian | $28,160.00 |
| Guerrero and Maria Porfirio | Jose | $12,500.00 |
| Guzman-Espinoza and Magdalenda Espinoza | Concepcion | $21,680.00 |
| Hernandez | Maria | $4,505.00 |
| Hernandez | Delores Gloria | $22,700.00 |
| Hernandez-Garcia | Elizabeth A | $6,280.00 |
| Herrera-Vera | Rodrigo | $4,940.00 |
| Icea | Carlos Arturo | $9,300.00 |
| Limon-Tirado | Luis Eduardo | $1,900.00 |
| Lopez | Marco Antonio | $7,310.00 |
| Lopez | Maria Esther | $8,095.00 |
| Lopez | Jose | $17,500.00 |
| Lopez-Arroyave | Fernando | $5,030.00 |
| Lopez-Morales | Joaquin | $5,505.00 |
| Lopez-Ramirez and Fidel Sanchez-Martinez | Gabriela | $6,000.00 |
| Lora-Gonzalez | Julio Cesar | $200.00 |
| Madrazo-Rico | Carlos Alberto | $7,000.00 |
| Martinez-Cabrera and Amalia Martinez | Marcelo | $18,500.00 |
| Martinez-Cotera | Arturo | $9,360.00 |
| Martinez-Galvan | Eslai | $5,000.00 |
| Martinez-Ramirez | Jesus | $10,000.00 |
| Matsuo Albor | Celia Deyanira | $1,200.00 |

| Last Name | First Name | Amount |
|---|---|---|
| Mendez | Bernardita Lourdez | $5,300.00 |
| Mendez-Lopez | Francisco J. | $5,440.00 |
| Mendez-Mier y Teran | Luis Miguel | $3,620.00 |
| Mendoza-Romero and Maria Guadalupe Betancourt | Isaias | $23,300.00 |
| Meza-Villarreal and Fernando Ortega-Amezquita | Maria Elizabeth | $5,715.00 |
| Meza-Villarreal | Verenice | $10,185.00 |
| Mojica-Lina | Gerardo | $5,300.00 |
| Mondragon | Mirsha Sharone | $9,000.00 |
| Morales | Jenny | $7,000.00 |
| Moreno-Cabral | Sonia | $4,350.00 |
| Moreno-Quintero | Juan | $10,820.28 |
| Munoz anf Jorge Ruiz-Alcantara | Antonia del Rosario | $6,570.00 |
| Muro-Rosales | Javier | $6,000.00 |
| Muro-Rosales | Tomas | $9,000.00 |
| Navia | Raquel | $10,465.00 |
| Neri | Maria de los Angeles | $2,000.00 |
| Nolasco-Loeza | Sara | $5,850.00 |
| Ocampo-Cerezo | Silvano | $5,800.00 |
| Ochoa-Vargas | Leticia | $7,270.00 |
| Ochoa-Vargas | Gonzalo | $6,430.00 |
| Olguin-Espinoza and Concepcion Cuerva | Guillermo | $20,750.00 |
| Orozco | Juan Carlos | $6,340.00 |
| Ortiz-Barrios and Lucia Najar Gutierrez | Antonio | $2,500.00 |
| Padron | Eva | $5,000.00 |
| Pale-Robles | Aldo | $5,000.00 |
| Palma | Nolberto | $5,600.00 |
| Pelayo | Antonio and Rosa | $24,370.00 |
| Perez and Benita Mendoza | Abraham | $16,000.00 |
| Perez-Guerrero | Igancio | $10,740.00 |
| Perez-Mendoza | Patricia | $7,600.00 |
| Perez-Mendoza | Isaac | $7,700.00 |
| Perez-Perez and Lucia Reyna-Hernandez | Eusebio | $32,000.00 |
| Piedrahita | Maria | $4,150.00 |
| Porfirio and Alicia Gonzalez | Efrain | $16,600.00 |
| Porfirio-Bueno | Alexander | $5,372.00 |
| Porfirio-Zepeda and Silvestre Lopez-Rubalcava | Bernarda | $4,740.00 |
| Porfirio-Zepeda | Leticia | $4,000.00 |
| Prado-Sanchez | Jose "Manuel" | $14,000.00 |
| Ramirez | Bonifacio | $6,855.00 |
| Ramirez-Ochoa | Maria Gabriela | $12,000.00 |
| Ramos | Ramon | $6,825.00 |
| Reyes-Hernandez | Abraham | $9,000.00 |
| Reyes-Hurtado and Antonia Palma-Nicasio | Rodrigo | $41,720.00 |
| Reyes-Palma | Nancy | $6,400.00 |
| Reyes-Palma | Zorayda | $6,400.00 |
| Rivera | Consuelo | $11,595.00 |
| Robles-Lopez | Jorge Luis | $6,200.00 |
| Rodriguez-Hermosillo | Gladys Isela | $8,000.00 |
| Rodriguez-Lopez | Cecilia | $5,000.00 |
| Rodriguez-Lopez | Samuel | $11,580.00 |
| Rojas-Martinez | Gilberto | $2,700.00 |
| Ruiz-Gutierrez | Jorge Enrique | $7,000.00 |
| Salas-Lopez and Leana Mildred Robles | Jose Guadalupe | $6,000.00 |
| Sanchez-Martinez and Gabriela Lopez-Ramirez | Fidel Arturo | $6,000.00 |
| Santiago | Alejandro | $6,065.00 |
| Santiago-Hernandez | Ismael | $5,100.00 |
| Solian and Dulce Santillan | Miguel | $14,720.00 |
| Sosa-Loeza | Sinet | $5,850.00 |
| Soto | Gabriela | $5,965.00 |
| Uriarte | Mirna | $7,500.00 |
| Uribe-Martinez | Olivia Adela | $3,100.00 |
| Vasquez | Ruben | $5,000.00 |
| Vasquez-Antonio | Emiliano | $10,500.00 |
| Vazquez and Maria Xotchil Lopez | Jose A | $16,560.00 |
| Villa-Solorzano | Manuel | $7,500.00 |
| Villegas-Reyes | Mizrain | $7,430.00 |
| Wijethunga | Dona Shirani | $7,500.00 |
| Zaragoza-Mendez | Alma Lilia | $9,000.00 |
| Zarate | Eduardo | $3,800.00 |

| | | |
|---|---|---|
| Zarazua-Resendiz | Roberto | $8,555.00 |
| Zubiate | David A | $7,400.00 |
| Paz | Omar | $2,470.00 |
| Heredia-Hernandez | Hilda | $5,850.00 |
| | | |
| | | |
| TOTAL | | $1,201,370.28 |